AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| KAY HALLAWAY and JERRY HALLAWAY </br> *Plaintiff* </br> v. </br> ELI LILLY AND COMPANY, et al. </br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. </br> **4:11-cv-0079 SEB-TAB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ELI LILLY AND COMPANY
ATTN: ROBERT ARMITAGE, REGISTERED AGENT
LILLY CORPORATE CENTER
INDIANAPOLIS, IN 46285

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **CLERK**

Date: JUL 01 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

KAY HALLAWAY and JERRY HALLAWAY
*Plaintiff*

v.

ELI LILLY AND COMPANY, et al.
*Defendant*

Civil Action No.

4:11-cv-0079 SEB-TAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VINTAGE PHARMACEUTICALS, INC.
ATTN: HIGHEST RANKING OFFICER
120, 130, 150 VINTAGE ROAD NE
HUNTSVILLE, AL 35811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Allan Koch
THE KOCH LAW FIRM, P.C.
520 NORTH WALNUT STREET
BLOOMINGTON, IN 47404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 01 2011

CLERK

CLERK OF COURT

Date: 06/27/2011 MSD

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| KAY HALLAWAY and JERRY HALLAWAY </br> *Plaintiff* </br> v. </br> ELI LILLY AND COMPANY, et al. </br> *Defendant* | Civil Action No. </br></br> **4 : 11 -cv- 0 0 7 9 SEB -TAB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ENDO PHARMACEUTICALS, INC.
ATTN: HIGHEST RANKING OFFICER
100 ENDO BOULEVARD
CHADDS FORD, PA  19317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Allan Koch
THE KOCH LAW FIRM, P.C.
520 NORTH WALNUT STREET
BLOOMINGTON, IN  47404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 01 2011

*CLERK OF COURT*   CLERK

Date: _06/~~27~~/2011 MSD_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| KAY HALLAWAY and JERRY HALLAWAY <br> *Plaintiff* <br> v. <br> ELI LILLY AND COMPANY, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. <br><br> 4 : 11 -cv- 0 0 7 9 SEB -TAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  QUALITEST PHARMACEUTICALS, INC.
ATTN: HIGHEST RANKING OFFICER
120, 130, 150 VINTAGE ROAD NE
HUNTSVILLE, AL  35811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric Allan Koch
THE KOCH LAW FIRM, P.C.
520 NORTH WALNUT STREET
BLOOMINGTON, IN  47404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 01 2011

Date: _____06/~~27~~/2011 MSD_____

CLERK OF COURT    CLERK

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| KAY HALLAWAY and JERRY HALLAWAY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| ELI LILLY AND COMPANY, et al. | ) |
| *Defendant* | ) **4:11-cv-0079 SEB-TAB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  XANODYNE PHARMACEUTICALS, INC.
ATTN: HIGHEST RANKING OFFICER
ONE RIVERFRONT PLACE
NEWPORT, KENTUCKY  41071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Allan Koch
THE KOCH LAW FIRM, P.C.
520 NORTH WALNUT STREET
BLOOMINGTON, IN  47404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 0 1 2011

Date: _06/27/2011 MSD_

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*