AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| KAY HALLAWAY and JERRY HALLAWAY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:11 -CV- 0079 SEB-TAB |
| QUALITEST PHARMACEUTICALS | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  QUALITEST PHARMACEUTICALS
ATTN: HIGHEST RANKING OFFICER
120, 130, 150 VINTAGE ROAD NE
HUNTSVILLE, AL 35811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric Allan Koch
THE KOCH LAW FIRM, P.C.
520 NORTH WALNUT STREET
BLOOMINGTON, IN 47404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  CLERK

Date: AUG 0 3 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| KAY HALLAWAY and JERRY HALLAWAY <br> *Plaintiff* <br> v. <br> VINTAGE PHARMACEUTICALS, INC. <br> n/k/a PROPST MANUFACTURING, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 4:11 -CV- 0079 SEB-TAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VINTAGE PHARMACEUTICALS, INC.
n/k/a PROPST MANUFACTURING, INC.
401 MERIDIEN STREET, SUITE 300
HUNTSVILLE, AL 35801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Allan Koch
THE KOCH LAW FIRM, P.C.
520 NORTH WALNUT STREET
BLOOMINGTON, IN 47404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     CLERK

Date: AUG 0 3 2011

*Signature of Clerk or Deputy Clerk*